1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

APR 16 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

8        UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA
10       WESTERN DIVISION

11   RANDY LUIS CRESPIN,              ) No. CV 13-3465-DDP (DFM)
12              Petitioner,           )
                                      ) Order Accepting Findings and
13          v.                        ) Recommendation of United States
                                      ) Magistrate Judge
14   RALPH DIAZ, Warden,              )
15              Respondent.           )
16   _____ )
17

18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the
19   other records on file herein, and the Report and Recommendation of the
20   United States Magistrate Judge. Petitioner has not filed any written objections
21   to the report. The Court accepts the findings and recommendation of the
22   Magistrate Judge.
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

1     IT IS THEREFORE ORDERED that Judgment be entered denying the
2   petition and dismissing this action with prejudice.
3
4   Dated:     April 16, 2014
5                                          _____
6                                          DEAN D. PREGERSON
                                           United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28