

JS-6 / ENTER

FILED
CLERK, U.S. DISTRICT COURT

APR 16 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RANDY LUIS CRESPIN,<br><br>    Petitioner,<br><br>    v.<br><br>RALPH DIAZ, Warden,<br><br>    Respondent. | No. CV 13-03465-DDP (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated:   April 16, 2014

DEAN D. PREGERSON
United States District Judge



ENTERED
CLERK, U.S. DISTRICT COURT

APR 16 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY